IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PANNEBAKER, : | Civ. No. 1:21-CV-2168 |
| Plaintiff, : | |
| v. : | (Magistrate Judge Bloom) |
| KARIN TROTTA, et al., : | |
| Defendants. : | |

## ORDER

AND NOW, this 8th day of May 2024, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motions for summary judgment (Doc. 69) is GRANTED. The Clerk of Court is directed to close this case.

*S/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge